Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
PERKINS COIE LLP
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **PACIFIC WOOD PRESERVING OF OREGON, INC.**, a Nevada corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>**DIBUDUO & DEFENDIS INSURANCE BROKERS, LLC**, a Delaware limited liability company,<br><br>　　　　　Defendant. | No. 3:18-cv-399-SI<br><br>**NOTICE OF DISMISSAL**<br><br>By Plaintiff Pacific Wood Preserving of Oregon, Inc.<br><br>Pursuant to Fed. R. Civ. P. 41(a)(1) |

1-   NOTICE OF DISMISSAL

38020-0023/139755534.1

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1), plaintiff hereby voluntarily dismisses this action with prejudice and without costs or other award to any party. Defendant has yet to serve plaintiff with an answer or with a motion for summary judgment. Accordingly, under Fed. R. Civ. P. 41(a)(1), plaintiff may dismiss this action without order of the Court, by the filing of this Notice.

DATED:  May 8, 2018                     **PERKINS COIE LLP**

By: *s/ Stephen M. Feldman*
Stephen M. Feldman, OSB No. 932674
SFeldman@perkinscoie.com
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Telephone:  503.727.2000
Facsimile:  503.727.2222

Attorneys for Plaintiff

2-   NOTICE OF DISMISSAL

38020-0023/139755534.1

**Perkins Coie LLP**
1120 N.W. Couch Street, 10th Floor
Portland, OR  97209-4128
Phone:  503.727.2000
Fax:  503.727.2222